1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

| RAUL GEOVANNI MEDINA, | ) | Case No.: 2:23-cv-10199-SHK |
|---|---|---|
| Plaintiff, | ) ) ) | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ) ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) ) ) |  |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  7/3/2024

_____

HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3       /s/   *Steven G. Rosales*

4   BY: _____
        Steven G. Rosales
5       Attorney for plaintiff Raul Geovanni Medina

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26